**No. 55982.**—The Dayton Company *v.* United States, protests 159140–K and 161587–K (Minneapolis).

Opinion by Mollison, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55983.**—Fred Theise Mfg. Co. *v.* United States, protests 167068–K, 167070–K, and 169253–K (Boston).

Opinion by Mollison, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55984.**—Marshall Field & Company et al. *v.* United States, protests 172910–K/3373, etc. (Chicago).

Opinion by Mollison, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, NOVEMBER 7, 1951

**No. 55985.**—Caradine Hat Co. *v.* United States, protest 661449–G (Pembina).

Opinion by Ford, J.   The protest was dismissed.

**No. 55986.**—Naumes Forwarding Service and W. C. Sullivan & Company *v.* United States, protests 143401–K/1730 and 145157–K/1963 (Chicago).

Opinion by Ford, J.   The protests were dismissed.

**No. 55987.**—Artgift Corp. et al. *v.* United States, protests 152452–K, etc. (New York).

Opinion by Ford, J.   The protests were dismissed.

**No. 55988.**—Marguerite de Cauwer et al. *v.* United States, protests 166387–K, etc. (New York).

Opinion by Ford, J.   The protests were dismissed.